# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Arizona

AND TO: Port Jervis Investments, LLC

Avtech Systems, Inc., a corporation organized under the laws of Arizona, with offices located at 1526 East Broadway Boulevard Tucson, AZ 85719 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Port Jervis Investments, LLC, its successors and assigns, with offices located at 1225 17th Street, Suite 1800, Denver, CO 80202 ("Buyer"), all right, title and interest in and to the claims of Seller against Extra Room, Inc., and its affiliates docketed as Claim No. 7 (the "Claims") with the Creditor No. as 7897516 in the United States Bankruptcy Court, District of Arizona, Case No. 09-03694.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 4th day of ~~April,~~ May 2010.

Avtech Systems, Inc.

WITNESS:
_____
(Signature)

Name: Becky Nonn
Title: Office Manager
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Steve C. O'Hara
Title: President
Tel.: (520) 629-8880

Port Jervis Investments, LLC

WITNESS:
_____
(Signature)

Name: Mike McClain
Title: First Vice President
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: R. Andrew Glinski
Title: Authorized Member
Tel.: (303) 328-2000