IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EXTRA ROOM, INC. | § | Case No. 4:09-bk-03694-EWH |
| | § | |
| Debtors. | § | |
| | § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Univest Financial, LLC                         Liberty Savings Bank, F.S.B.
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim #: 8
should be sent:
                                               Total Amount of Claim: $$2,417,360.94*
Univest Financial, LLC                         * as of June 7, 2010
10611 N. Hayden Rd.
Suite D-105
Scottsdale, AZ 85260
Attn: Jack N. Ross, II
Telephone: 480.421.6706
Facsimile: 480.421.6701
Email: jnross@univest.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Univest Financial, LLC

By: /s/ signature
    David N. Beckham, President of Univest Investments V, LLC, an Arizona limited liability company, its Manager.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Liberty Savings Bank, F.S.B. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Univest ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Extra Room, Inc. (the "Debtor"), the debtor in Case No. 4:09-bk-03694-EWH pending in the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Claim No. 8) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of June 2010.

**LIBERTY SAVINGS BANK, F.S.B.,**
**Seller**

By: _____
Name: James Matson
Title: Loan Officer


**UNIVEST FINANCIAL, LLC,**
**PURCHASER**

By: _____
Name: David N. Beckham
Title: President of Univest Financial Management, LLC, an Arizona limited liability company, its Manager