# Notice Recipients

District/Off: 0970–4 | User: gaarek | Date Created: 6/14/2010
Case: 4:09–bk–03694–EWH | Form ID: trc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7897523  CRAWFORD LANDSCAPES  2021 E. 12TH STREET  Tucson AZ 85737

TOTAL: 1