210B (12/09)

# United States Bankruptcy Court

District of Arizona
Case No. 4:09-bk-03694-EWH
Chapter 11

In re: Debtor(s) (including Name and Address)

EXTRA ROOM, INC.
3800 WEST MOORE ROAD
TUCSON AZ 85742

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2010.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: CRAWFORD LANDSCAPES, 2021 E. 12TH STREET, Tucson AZ 85737 | Port Jervis Investments, LLC<br>1225 17th St. Suite 1800<br>Denver, CO 80202 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/16/10

Brian D. Karth
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: gaarek           Page 1 of 1            Date Rcvd: Jun 14, 2010
Case: 09-03694                Form ID: trc           Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 16, 2010.
7897523        +CRAWFORD LANDSCAPES,   2021 E. 12TH STREET,   Tucson AZ 85719-6345

The following entities were noticed by electronic transmission.
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2010**                    **Signature:**    _Joseph Speetjens_